IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL SCOTT TUNSTALL,

    Petitioner,        No. CIV S-06-0396 MCE JFM P

  vs.

TOM L. CAREY, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve an opposition to respondents' July 18, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 30, 2006 request for an extension of time is granted;

        2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondents' July 18, 2006 motion to dismiss; and

        3. Respondents' reply, if any, shall be filed and served not later than seven days thereafter.

DATED: September 6, 2006.

                              UNITED STATES MAGISTRATE JUDGE

12/mp;tuns0396.111