IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL SCOTT TUNSTALL,              No. 2:06-cv-0396-MCE-JFM-P

     Petitioner,

  v.                                  ORDER

TOM L. CAREY, et al.,

     Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 22, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty (20) days.

1

1 | Neither party has filed objections to the findings and
2 | recommendations.
3 |   The court has reviewed the file and finds the findings and
4 | recommendations to be supported by the record and by the
5 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 | that:
7 |   1.  The findings and recommendations filed December 22,
8 | 2006, are adopted in full;
9 |   2.  Respondents' July 18, 2006 motion to dismiss is granted;
10 | and
11 |   3.  This action is dismissed.
12 | Dated: January 22, 2007
13 |
14 |                              _____
15 |                              MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE